ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
BAE Systems Land & Armaments L.P. ) ASBCA Nos. 60639, 60640
)
Under Contract No. DAAE07-01-C-M011 *et al.* )

APPEARANCES FOR THE APPELLANT: Stephen J. McBrady, Esq.
Charles Baek, Esq.
 Crowell & Moring LLP
 Washington, DC

APPEARANCE FOR THE GOVERNMENT: E. Michael Chiaparas, Esq.
DCMA Chief Trial Attorney
Defense Contract Management Agency
Chantilly, VA

ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: June 14, 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60639 and 60640, Appeals of BAE Systems Land & Armaments L.P., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals